**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

GERRY JACOBE REALIN,

     Plaintiff,

     v.                    Case No.:  6:25-cv-02165-LHP

COMMISSIONER OF SOCIAL
SECURITY,

     Defendant,

---

**ORDER**

Before the Court is Defendant's Unopposed Motion for Entry of Judgment Under Sentence Four of 42 U.S.C. § 405(g) with Remand of the Cause to Defendant. Doc. No. 20.  Defendant moves to remand this case pursuant to sentence four of 42 U.S.C. § 405(g), such that "the administrative law judge will obtain supplemental evidence from a vocational expert; take any further action necessary to complete the administrative record; and issue a new decision." *Id.* at 1.  Plaintiff does not object. *Id.*

Upon consideration, the Court finds the request well taken.  *See* 42 U.S.C. § 405(g).  Accordingly, it is **ORDERED** that:

1.      Defendant's Unopposed Motion for Entry of Judgment Under Sentence Four of 42 U.S.C. § 405(g) with Remand of the Cause to Defendant (Doc. No. 20) is **GRANTED**.

2.      The final decision of the Commissioner is **REVERSED** and **REMANDED** for further administrative proceedings pursuant to sentence four of § 405(g), for the above-stated reasons.

3.      The Clerk of Court is directed to **ENTER** judgment in favor of Plaintiff and against the Commissioner, **TERMINATE** all other pending motions as moot, and thereafter **CLOSE** this case.

**DONE** and **ORDERED** in Orlando, Florida on March 11, 2026.

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record